**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
**Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee.**

No. 2009–1561.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Jessie L. FLETCHER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3275.

United States Court of Appeals,
Federal Circuit.

Oct. 7, 2009.

ON MOTION

PER CURIAM.

### ORDER

The parties jointly move to cancel the oral argument set for October 8, 2009, and to remand to the Merit Systems Protection Board ("Board") to permit the parties to request that the Board vacate its respective decisions in the matter, with no further action by the Board to be requested.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each party shall bear its own costs.